UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH CAIAZZA,

    Plaintiff,

v.                            Case No.: 2:18-cv-784-FtM-38MRM

CARMINE MARCENO,

    Defendant.
_____/

## VERDICT

Do you find by a preponderance of the evidence:

1. Plaintiff worked more than 86 hours in a 14-day work period?

    (YES) ✓      NO _____

    **If you answered "YES" to Question 1, go to Question 2. If you answered "NO" to Question 1, then you should go no further except to sign and date the Verdict.**

2. Defendant failed to pay Plaintiff for all hours worked over 86 hours in a 14-day work period?

    (YES) ✓      NO _____

    **If you answered "YES" to Question 2, go to Question 3. If you answered "NO" to Question 2, then you should go no further except to sign and date the Verdict.**

3. Defendant knew or reasonably should have known Plaintiff worked more than 86 hours in a 14-day work period?

(YES) ✓       NO _____

> If you answered "YES" to Question 3, go to Question 4. If you answered "NO" to Question 3, then you should go no further except to sign and date the Verdict.

4. Defendant knew or showed reckless disregard for whether its conduct was prohibited by the FLSA?

(YES) ✓       NO _____

> If you answered "YES" to Question 4, your measure of damages is for the period from November 27, 2015, to August 12, 2017.
>
> If you answered "NO" to Question 4, your measure of damages is for the period from November 27, 2016, to August 12, 2017.

5. Plaintiff should be awarded damages in the amount of:

$ 12,180.60 .

SO SAY WE ALL, this 18th day of December 2020.

_____
FOREPERSON

2