# EXHIBIT A

**Chanelle Ventura x7429**

| | |
|---|---|
| **From:** | Andrew Frisch x7412 |
| **Sent:** | Thursday, December 10, 2020 10:44 AM |
| **To:** | 'Tracy Carnevalini'; chambers_flmd_chappell@flmd.uscourts.gov |
| **Cc:** | David Stefany; Maelyn Morrison; Chanelle Ventura x7429; Jamie Winninger x7465 |
| **Subject:** | RE: 8530641 Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri: *EXT* Case 2:18-cv-00784-SPC-MRM | Joseph Caiazza v. Lee County Sheriff's Office | 5000.1081 ANB 38(T) |

Judge Chappell,

Defendant filed a non-final version of the Joint Pretrial Statement which contained my electronic signature without Plaintiff's permission.  The non-final JPS filed by Defendant yesterday appears to be the same version Ms. Carnevalini has attached in her email below.  We intend to confer with Defendant's counsel today regarding this issue, but I wanted to bring it to your attention immediately.


**Andrew Frisch**
Attorney
My Bio

**P:** (954) 327-5355
**F:** (954) 327-3013
**A:** 8151 Peters Road, 4th Floor, Plantation, FL 33324

**MORGAN & MORGAN**
FOR THE PEOPLE.COM

PRACTICE AREAS | LOCATIONS | ATTORNEYS | RESULTS

*COVID-19 Update: Morgan & Morgan continues to be fully operational and enabled to service our clients Nationwide. You can learn more about our remote resources here. We are here for you.*

**From:** Tracy Carnevalini [mailto:tcarnevalini@anblaw.com]
**Sent:** Thursday, December 10, 2020 9:12 AM
**To:** chambers_flmd_chappell@flmd.uscourts.gov
**Cc:** David Stefany; Maelyn Morrison; Andrew Frisch x7412; Chanelle Ventura x7429; Jamie Winninger x7465
**Subject:** 8530641 Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri: *EXT* Case 2:18-cv-00784-SPC-MRM | Joseph Caiazza v. Lee County Sheriff's Office | 5000.1081 ANB 38(T)

**CAUTION: Use caution when clicking on links or opening attachments in this external email.**


Good morning, Judge Chappell,

Pursuant to the Amended Case Management and Scheduling Order [D.E. 76], attached are the following documents in Microsoft Word®:

1. Joint Final Pretrial Statement
2. Plaintiff's Exhibit List

3. Defendant's Exhibit List
4. Plaintiff's Witness List
5. Defendant's Witness List
6. Defendant's Proposed Jury Instructions and Verdict Form
7. Defendant's Proposed Voir Dire Questions

Please contact Mr. Stefany at 813-251-1210 or dstefany@anblaw.com if you have any questions regarding the attached documents.

Sincerely,



**Tracy A. Carnevalini**
**Paralegal | Allen Norton & Blue, P.A.**
813-251-1210 | tcarnevalini@anblaw.com
324 S. Hyde Park Avenue, Suite 225 | Tampa, FL 33606
*The* Management Labor & Employment Firm



This email contains confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.