# EXHIBIT B

# Time Sheet

01/12/2021

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | |
|---|---|---|---|
| 07/25/2018 | AF | 2.60 | Review intake and client docs and call client for initial intake conference |
| 08/29/2018 | AF | .40 | Telephone conference with William Held, who worked with P in Boca Grande up until 2013. |
| 09/05/2018 | AF | 1.40 | Research and revise Complaint. |
| 11/26/2018 | AF | 1.80 | Finalize Complaint; draft and finalize Civil Cover Sheet and Proposed Summons; filed same ad sent to process server to serve |
| 11/29/2018 | AF | .30 | Receipt and Review of Related Case Order and Intereted Persons Order |
| 12/07/2018 | AF | .75 | Draft and File Notice of Interested Parties and Notice of Pending |
| 12/20/2018 | AF | 1.00 | Receipt and Review of Notice of Appearance of David Stefany and Mathew Stefany; research new counsel |
| 12/20/2018 | AF | .30 | Receipt and Review of Unoppsed Motion to Answer Complaint and Endorsed Order granting same |
| 01/02/2019 | AF | .60 | Receipt and Review of Motion to Dismiss for Failure to State a Claim |
| 01/08/2019 | AF | 1.00 | Draft and Finalize Amended Complaint |
| 01/22/2019 | AF | 1.40 | Receipt and Review of Answer to Amended Complaint |
| 01/25/2019 | AF | .50 | Receipt and Review of FLSA Sheduling order |
| 03/20/2019 | AF | .70 | Telephone conference with client to review answer to Court's Interrogatories |
| 03/25/2019 | AF | .50 | Finalize and file Plaintiff's Answer to Court's Rogs |
| 03/29/2019 | AF | .40 | Telephone conference with opposing counsel for Court-ordered settlement conference. |
| 05/27/2019 | CV | 1.30 | Review file in preparation for preliminary pre-trial conference |
| 05/28/2019 | CV | .40 | Attend and participate in preliminary pre-trial conference |
| 07/03/2019 | AF | 2.50 | Draft Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Admissions, and Plaintiff's First Request for Production |
| 07/10/2019 | AF | 1.50 | Finalize, e-serve, and mail Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Admissions, and Plaintiff's First Request for Production |
| 02/10/2020 | AF | .50 | Draft Motion for Extension of discovery deadline. |

Page 1

# Time Sheet

01/12/2021

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Description |
|---|---|---|---|
| 02/12/2020 | AF | .60 | Sent e-mail request for availability for Mediation - March 9-17 to Denise Wheeler's office. |
| 02/17/2020 | AF | .20 | Draft Notice of Mediation - March 11, 2020 |
| 02/19/2020 | AF | .10 | File Plaintiff's Unopposed Motion to Extend the Discovery Deadline |
| 02/20/2020 | AF | .30 | Draft and file Amended Notice of Mediation - March 11, 2020. |
| 02/24/2020 | AF | .40 | Telephone conference with Dave and Matty Rhon, 2 non-party witnesses being deposed tomorrow. |
| 02/25/2020 | AF | 2.00 | Attend Deposition of Matty Rohn |
| 02/25/2020 | AF | 2.00 | Attend Deposition of Dave Rohn |
| 02/28/2020 | AF | .75 | Telephone call with client regarding Mediation and deposition. |
| 02/28/2020 | AF | 2.00 | Draft Declaration of Vicki George |
| 03/04/2020 | AF | 8.00 | Review Time Sheets maintained by Defendant and Plaintiff's Time Sheets for relevant time period. Create breakdown of days worked by Plaintiff when scheduled RDO on Time Sheets maintained by Defendant. |
| 03/05/2020 | AF | 5.00 | Deposition Preparation for March 6, 2020 depositions - Lt. Mike Sawicki, Annemarie Reno, and Shelley Traurig. |
| 03/06/2020 | AF | 2.00 | Conduct 30(b)(6) Deposition of Lt. Mike Sawicki |
| 03/06/2020 | AF | 2.00 | Conduct 30(b)(6) Deposition of Annemarie Reno |
| 03/06/2020 | AF | 2.00 | Conduct 30(b)(6) Deposition of Shelley Traurig |
| 03/09/2020 | AF | 1.00 | Draft Mediation Summary e-mailed to Mediator Denise Wheeler |
| 03/10/2020 | AF | 5.10 | Final prep and attend Plaintiff's deposition. |
| 03/11/2020 | AF | 10.00 | Attend Mediation with Mediator Denise Wheeler-Wright. |
| 03/13/2020 | AF | 1.50 | Telephone Conference with opposing counsel to confer regarding outstanding discovery. |
| 03/13/2020 | AF | .40 | Telephone conference with OC to confer re outstanding discovery and motion to compel. |
| 04/10/2020 | AF | 1.40 | Research waiver of attorney-client privilege where D assert "good faith" and draft email to opposing counsel re same. |

# Time Sheet

01/12/2021

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | |
|---|---|---|---|
| 07/06/2020 | CV | 3.10 | Initial review of Defendant's Motion for Summary Judgment including exhibits |
| 07/15/2020 | AF | 1.00 | Draft Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment & proposed Order on same |
| 07/28/2020 | CV | 5.20 | Review documents including CAD reports/pay history to prepare for summary judgment response. |
| 07/29/2020 | CV | 6.40 | research case law in preparation for response to MSJ and begin drafting same |
| 07/30/2020 | CV | 5.50 | continue researching case law in preparation for response to MSJ drafting same |
| 08/05/2020 | CV | 9.20 | prepare and draft response to MSJ including reviewing documents, reading deposition transcripts and drafting |
| 08/05/2020 | AF | 2.00 | Draft Declaration of Joseph Caiazza in Support of Plaintiff's Motion for Summary Judgment |
| 08/06/2020 | CV | 17.80 | continue preparing and drafting response to MSJ including reviewing documents, reading deposition transcripts and drafting |
| 08/11/2020 | AF | .50 | Draft Sunshine Law Letter |
| 08/26/2020 | CV | 2.00 | review defendant's reply to plaintiff's response to MSJ and exhibits attached thereto. |
| 08/26/2020 | AF | 2.00 | Review defendant's reply to plaintiff's response to MSJ and exhibits attached thereto. |
| 08/27/2020 | CV | 1.00 | draft motion for leave to file sur-reply |
| 09/01/2020 | CV | 4.20 | reading/reviewing/annotating deposition transcripts in preparation for Plaintiff's MSJ |
| 09/02/2020 | CV | 2.00 | research and draft plaintiff's sur-reply to Defendant's MSJ |
| 09/03/2020 | CV | 5.00 | continue researching and drafting plaintiff's sur-reply to Defendant's MSJ |
| 09/03/2020 | CV | 5.10 | Prepare/research/draft Plaintiff's MSJ |
| 09/04/2020 | CV | 14.00 | continue to repare/research/draft and finalize Plaintiff's MSJ |
| 09/09/2020 | CV | .40 | Review Defendant's reply to Plaintiff's sur-reply. |

# Time Sheet

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

01/12/2021

| Date | Attorney | Hrs | |
|---|---|---|---|
| 09/24/2020 | CV | 6.50 | Review Defendant's response to MSJ, research for reply and preparation/draft of same |
| 09/25/2020 | CV | 8.40 | research and draft reply to Defendant's response to MSJ |
| 10/05/2020 | AF | .90 | Review Court's Order on MSJs and email to client. |
| 10/08/2020 | AF | .75 | Telephone Conference with opposing counsel regarding RULE 56. |
| 10/09/2020 | CV | .20 | Review 2nd Amended CMO |
| 10/13/2020 | CV | 2.30 | Research in re Motion for reconsideration |
| 10/21/2020 | JP | .00 | Reviewing file materials and conducting case law research in anticipation of preparing Motion for Reconsideration. |
| 10/22/2020 | JP | .00 | Drafting Motion for Reconsideration |
| 10/23/2020 | CV | 2.10 | Editing/Drafting Motion for Reconsideration |
| 10/26/2020 | AF | .70 | Telephone conference with Court (Status Conference via zoom). |
| 10/30/2020 | CV | 3.40 | Review of Defendant's response to Motion for Reconsideration |
| 11/04/2020 | CV | .10 | E-mail to AF in re supplemental R26 & Roggs |
| 11/04/2020 | AF | .10 | E-mail to OC in re MTC |
| 11/10/2020 | AF | .50 | Draft Plaintiff's Supplemental Answers to Defendant's First Interrogatories Numbers 2&3 |
| 11/16/2020 | AF | .50 | Telephone conference with client to prep for Mediation. |
| 11/17/2020 | CV | 3.60 | Drafted Confidential Settlement Statment |
| 11/18/2020 | CV | 5.50 | Prepare for and attend settlement conference |
| 11/20/2020 | AF | 5.50 | Draft pretrial docs and attend conference with opposing counsel. |
| 11/25/2020 | CV | 11.60 | Research and draft Plf's Motion in Limine |
| 11/25/2020 | CV | .30 | Prepare notice of filing amended court interrogatories |
| 11/26/2020 | CV | 2.60 | Initial review of Defendant's MIL and including exhibits and outlining plaintiff's response |
| 12/01/2020 | AF | 5.00 | Sent OneDrive Link to OC with Plaintiff's Exhibit List, and Plaintiff's Trial Exhibits 1-81. |

# Time Sheet

01/12/2021

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | |
|---|---|---:|---|
| 12/01/2020 | CV | .60 | Review email regarding JPS from opposing counsel |
| 12/03/2020 | CV | 12.00 | Research and draft Plfs response in Opposition to Dfts Motion in Liminie |
| 12/04/2020 | CV | 3.00 | travel to and take deposition of James Rankine |
| 12/04/2020 | CV | 2.00 | Prepare for deposition of James Rankine |
| 12/04/2020 | CV | 2.10 | Review and edited Plaintiff's Exhibit List |
| 12/07/2020 | CV | .60 | Review draft JPS from opposing counsel and began to edit same |
| 12/08/2020 | CV | 4.20 | Research and draft Plaintiff's Motion for certain witnesses to appear by remote means |
| 12/08/2020 | CV | 2.80 | continued review and edit JPS |
| 12/08/2020 | CV | .90 | TC with opposing counsel regarding JPS in order to confer regarding outstanding issues |
| 12/08/2020 | AF | .90 | TC with opposing counsel regarding JPS in order to confer regarding outstanding issues. |
| 12/09/2020 | CV | 3.20 | Review and further edit plaintiff's exhibit list |
| 12/09/2020 | CV | 3.20 | Review and further edit plaintiff's exhibit list |
| 12/09/2020 | CV | .70 | making further edits to the JPS |
| 12/09/2020 | CV | .20 | email to opposing counsel regarding witnesses at trial and JPS |
| 12/09/2020 | CV | 4.20 | Added Plainitiff's objections to Defendant's Exhibit List |
| 12/10/2020 | CV | .40 | Preparation of Motion to allow mobile device |
| 12/10/2020 | AF | 1.00 | Made several calls with William Held and Court clerks to get him set up to appear for trial via video |
| 12/10/2020 | CV | .20 | Email to opposing counsel regarding unilaterally filed JPS |
| 12/11/2020 | AZM | .00 | December 11, 12, and 13: review and analyze pleadings, motions, and file generally to get up to speed for trial, and participate in strategy discussions regarding Rankine deposition. Eliminating this time in an exercise of billing judgment and discretion. |
| 12/11/2020 | AF | 15.00 | Preparation of Trial Exhibits, Filing Exhibit Lists, Making Copies, Assembling Binders for Trial. |

# Time Sheet

01/12/2021

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | |
|---|---|---:|---|
| 12/11/2020 | AF | 4.00 | Travel to and attend final pretrial conference |
| 12/11/2020 | CV | 4.00 | Travel to and attend final pretrial conference |
| 12/11/2020 | CV | 1.00 | Meeting with OC to further confer regarding JPS pursuant to Court's instructions |
| 12/11/2020 | CV | 1.40 | review and edited JPS as prepared by opposing counsel at meeting |
| 12/11/2020 | CV | .30 | e-mail to opposing counsel regarding JPS, Defendant's exhibit list with Plaintiff's noted objections and witness list. |
| 12/11/2020 | CV | .80 | Review and edit supplemental exhibit list. |
| 12/11/2020 | CV | .80 | Review and edit supplemental exhibit list. |
| 12/11/2020 | AF | 4.50 | Trial prep, including annotating deposition transcripts. |
| 12/11/2020 | AF | 1.00 | Meeting with OC to further confer regarding JPS pursuant to Court's instructions |
| 12/12/2020 | AF | 15.00 | Preparation of Trial Exhibits, Filing Exhibit Lists, Making Copies, Assembling Binders for Trial. |
| 12/13/2020 | AF | 15.00 | Preparation of Trial Exhibits, Filing Exhibit Lists, Making Copies, Assembling Binders for Trial. |
| 12/13/2020 | CV | .20 | Draft and send e-mail to OC regarding Joint Exhibits |
| 12/13/2020 | CV | .60 | Finalize and file Plf's supplemental exhibit list with Defendant's objections |
| 12/13/2020 | CV | .80 | Review and file joint exhibit list |
| 12/13/2020 | AF | 6.20 | Continued trial prep. |
| 12/14/2020 | AZM | 3.30 | Review and revise jury instructions to prepare proposed amended and additonal instructions. |
| 12/14/2020 | AZM | 2.40 | Review and analyze deposition transcripts to prepare questions for direct and cross of Defendants' witnesses. |
| 12/14/2020 | AZM | 1.50 | Research regarding job descriptions for sherriff's deputies, lieutenants and sergeants to prepare for Lusk cross/direct, and research regarding Christopher Lusk background for same. |
| 12/14/2020 | AF | 10.00 | Created, Organized, and sent Plaintiff's Final Trial Exhibits electronic binder for Judge via One Drive link to Courtroom Deputy via e-mail. |

# Time Sheet

01/12/2021

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Description |
|---|---|---|---|
| 12/14/2020 | AF | 5.00 | Created, Organized, and sent the Parties' Joint Final Trial Exhibits electronic binder for Judge via One Drive link to Courtroom Deputy via e-mail. |
| 12/14/2020 | AF | 5.70 | Trial prep, meeting with client to prepare for trial. |
| 12/15/2020 | AZM | 8.20 | Participate in day one of trial - jury selection, opening and initial witnesses. |
| 12/15/2020 | AZM | 5.50 | Prepare examination of Christopher Lusk. |
| 12/15/2020 | AZM | 1.50 | Research and analysis in support of motion to treat defense witness as hostile and not allow leading questions. |
| 12/15/2020 | CV | 8.20 | Participate in day 1 of trial including jury selection, opening statements and initial witnesses |
| 12/15/2020 | AF | 8.20 | Participate in day 1 of trial |
| 12/16/2020 | AZM | 12.00 | Prepare for, partcipate in, and follow up to day two of trial, including consideration of additonal proposed jury instructions, conferences with client regarding strategy and witness testimony, and research regarding admissibility of exit interview. |
| 12/16/2020 | CV | 8.50 | Participate in day 2 of trial |
| 12/16/2020 | CV | .80 | Read and review deposition transcript of James Rankine |
| 12/16/2020 | AF | 11.20 | Prepare for and participate in day 2 of trial |
| 12/17/2020 | AZM | 11.00 | Prepare for and partcipate in day three of trial, including, as part of preparation, edits to Lusk cross/direct and outline for closing. |
| 12/17/2020 | AZM | 4.20 | Prepare draft of closing argument. |
| 12/17/2020 | CV | 8.50 | Participate in day 3 of trial |
| 12/17/2020 | CV | .60 | Prepare second amended complaint to conform evidence to pleadings |
| 12/17/2020 | CV | 1.30 | Prepare cross examination of James Rankine |
| 12/17/2020 | AF | 10.50 | Prepare for and participate in day three of trial |
| 12/18/2020 | AZM | 11.00 | Prepare for (including finalizing closing statement, finalizing amendment to complaint to conform to evidence, and strategy regarding questioning of Defendant's witnesses) and participate in day four of trial. |
| 12/18/2020 | CV | 8.50 | Participate in day 4 of trial |

# Time Sheet

01/12/2021

Caiazza, Joseph vs. Carmine Marceno, in his Official Capacity as Sheri
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | |
|---|---|---|---|
| 12/18/2020 | CV | .20 | |
| | | | Additional edits to second amended complaint to conform evidence to pleadings. |
| 12/18/2020 | AF | 10.50 | |
| | | | Prepare for and particpate in day four of trial |
| 12/20/2020 | AZM | .30 | |
| | | | Review and analyze billing records over trial time to ensure accuracy and to eliminate time as needed consistent with obligation to exercise billing judgment, in anticipation of fee petition. |
| 12/28/2020 | CV | .50 | |
| | | | Draft and prepare Plaintiff's Renewed Motion for Liquidated Damages and Entry of Judgement |
| 01/08/2021 | CV | .50 | |
| | | | Research to respond to Defendant's email regarding motion for attorney's fees and sanctions. |
| 01/08/2021 | CV | .10 | |
| | | | draft e-mail in response to Defendant's e-mail regarding motion for sanctions/fees |

Total hours:    486.05