# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH CAIAZZA,

      CASE NO.: 2:18-cv-00784-SPC-MRM

    Plaintiff,

CARMINE MARCENO, in his Official Capacity
as Sheriff of Lee County, Florida,

    Defendant.
_____/

## AFFIDAVIT IN SUPPORT OF REASONABLE ATTORNEYS' FEES

FLORIDA                )

BROWARD COUNTY    )

    BEFORE ME, an officer duly authorized to take oaths and administer acknowledgments, appeared ANGELI MURTHY, who, after being duly sworn, did depose and state:

    1.    My name is ANGELI MURTHY.  I am a shareholder at the law firm of Morgan & Morgan, P.A. (Morgan & Morgan), and am Board Certified by the Florida Bar as an expert in Labor & Employment Law.  There are fewer than 200 attorneys Board Certified in Labor & Employment Law by the Florida Bar.  I also hold an AV Preeminent rating from Martindale-Hubbell.[1]  My involvement in this case was limited to the trial of this matter, along with my partner Andrew Frisch and attorney Chanelle Ventura.

    2.    I have reviewed the fee records in this matter and aver that I spent over 60.9 hours in litigating this matter through settlement.  I aver that the hours spent were necessary in achieving the significant relief we were able to secure for Mr. Caiazza in this matter, which included a jury award of all damages sought at trial, a finding that Defendant willfully violated

---

[1] Per Martindale Hubbell, "An elite group of approximately 10 percent of all attorneys holds an AV Preeminent Rating, a designation trusted worldwide by buyers and referrers of legal services."

the law, as well as an award of liquidated damages. Having joined the case shortly before trial, there were many additional hours spent getting up to speed in the matter, such as reviewing pleadings, transcripts and motions. However, I eliminated those hours from those sought in connection with the pending fee petition, as I regard those hours as time that should not be billed to the client, in my billing judgment.

3. The time I spent on this litigation which I seek in connection with this fee petition was entirely dedicated to attendance at and participation in the four-day jury trial, preparation for each day, and follow up to issues arising at trial at the end of each day. The time spent on this matter is detailed in the time records attached to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs.

4. I am a 2004 graduate of Georgetown University Law Center. While at Georgetown, I was a Senior Articles Editor for the Georgetown Immigration Law Journal. I have been practicing law since 2004, and am admitted to practice in both Pennsylvania and Florida. I am a member in good standing admitted to practice before the Supreme Court of the United States, the Courts of Appeals for the Third, Fourth and Eleventh Circuits, as well as the Southern, Middle, and Northern Districts of Florida, the Eastern, Middle and Western Districts of Pennsylvania, the Eastern and Western Districts of Michigan, the Western District of Tennessee, the District of Idaho, and the District of Colorado. Since 2006, I have devoted my practice exclusively to matters involving claims arising under state and federal employment discrimination statutes, and the Fair Labor Standards Act ("FLSA").

5. I have also spoken at continuing legal education seminars in Florida and California on topics pertaining to the FLSA. I am currently the co-chair of the Wage and Hour Administration Subcommittee of the Labor & Employment Section of the Florida Bar, and have

been selected to serve on the Executive Council of that Section beginning in 2022. In 2021 I will present the Fair Labor Standards Act portion of the Florida Bar's Board Certification Review Course for Labor & Employment Law.

6. From 2006 through 2011, I was an associate in the Labor and Employment Practice Group of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), in both Philadelphia (2006 – 2010), and Miami (2010 – 2011), focusing exclusively on employment litigation. In my final year as an associate at Morgan Lewis (2011), when I practiced in Miami, my regular billing rate was well over $400.00 per hour. During my tenure with Morgan Lewis, I regularly represented Fortune 100 companies in discrimination and FLSA individual, collective, and class actions.

7. In December 2011, I began representing employees in discrimination and wage claims in the National Employee Rights Group at Morgan & Morgan.

8. When I began working at Morgan & Morgan in December 2011, I initially billed my clients at a rate of $350.00 per hour for my services. In January 2015 my rate increased to $425.00 per hour. In Mid-2019, my rate increased to $500.00 per hour.

9. A court in the Southern District of Florida recently awarded me $425 as a reasonable rate, for work performed before my rate became $500 per hour. *El-Amin, et al. v. Fast Capital Financing, LLC, et al.*, No. 1:19-CV-20982- BECERRA, D.E. 68 (December 2, 2020). I was also recently awarded a rate of $425 per hour following a federal jury trial in an FLSA matter. *Pena v. RDI, LLC*, No. 8:17-CV-01404-T-AAS, 2019 WL 3017574, at *1 (M.D. Fla. July 10, 2019). Similarly, I was awarded a rate of $455 per hour by the Eastern District of Virginia in a case involving failure to pay earned wages due under a contract, in a decision affirmed at the Fourth Circuit. *Rishell v. Computer Scis. Corp.,* No. 1:13-cv-0931-CMH-TCB, at D.E. 290 (E.D. Va. Sept. 2, 2016), a*ff'd Rishell v. Computer Scis. Corp.,* 702 F. App'x 103 (4th

Cir. June 28, 2017). I was also recently awarded a rate of $425 per hour after winning summary judgment in an FLSA matter in Pennsylvania, *Jimenez v. Best Behavioral Healthcare, Inc., et al.*, 2:18-cv-01003-GEKP, D.E. 54 (E.D. Pa. Dec. 3, 2019). The work in these matters was performed prior to my rate increasing to $500.00 per hour in mid-2019.

10. Notably, this Court awarded me a rate of $350 eight years ago, prior to my rate increase, Board Certification, elevation to shareholder, and additional litigation and trial experience. *See Jenkins v. North Texas Maintenance*, Case No: 2:12-cv-677-FtM-38DNF, D.E. 35 (M.D. Fla. August 2, 2013). I respectfully submit to this Court that a $100 increase over an 8-year period is reasonable, particularly where the intervening period was spent specializing in Labor & Employment Law and earning Board Certification.

11. This Affidavit is offered to support the reasonable fees sought in this matter.

FURTHER AFFIANT SAYETH NAUGHT

*/s/ Angeli Murthy*
ANGELI MURTHY, ESQUIRE

STATE OF FLORIDA    )

COUNTY OF BROWARD   )

BEFORE ME, the undersigned authority, by means of ☐ physical presence or ☒ online notarization appeared ANGELI MURTHY, who is personally known to me or who produced _____ as identification, and deposes and says that the foregoing is true and correct in all respects.

SWORN TO AND SUBSCRIBED before me, this 12th day of JANUARY, 2020.

Beatriz E. Reyes
COMMISSION # GG260251
EXPIRES: Sept. 19, 2022
Bonded Thru Aaron Notary

NOTARY PUBLIC, State of FLORIDA
BEATRIZ E. REYES
Printed Name: Notary Public
My Commission Expires:

4