# EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH CAIAZZA,

    Plaintiff,                                    Case No. 2:18-cv-00784-SPC-MRM

v.

CARMINE MARCENO, in his Official
Capacity as Sheriff of Lee County, Florida,

    Defendant.

_____/

## **DECLARATION OF CHANELLE J. VENTURA**

I, CHANELLE J. VENTURA, declare pursuant to 29 U.S.C. § 1746 as follows:

1. My name is CHANELLE J. VENTURA. I am over the age of eighteen (18) and competent to testify as to the matters stated herein.

2. I am an attorney at Morgan & Morgan, P.A. ("M&M") in Plantation, Florida, in the firm's nationwide class/collective action employment practice.

3. Along with Andrew Frisch and Angeli Murthy, I was/am Plaintiff's counsel in the matter of *Joseph Caiazza v. Carmine Marceno, in his Official Capacity as Sherriff of Lee County, Florida*, Case No. 2:18-cv-00784-SPC-MRM. To that end, I was one of the attorneys primarily responsible for the litigation on behalf of Joseph Caiazza.

4. After exclusion of hours deemed unnecessary, as indicated by the contemporaneous time records attached to Plaintiff's Motion for Reasonable Attorney's Fees and Costs/Expenses, a total of 486.05 hours were spent prosecuting this Complaint on behalf of Plaintiff, Joseph Caiazza—I spent 217.10 hours prosecuting this case.

5. The representation of this case was undertaken on a purely contingent basis. Moreover, because our firm has finite resources, our acceptance of this case precluded me/us from accepting other wage and hour class/collective actions. Neither my firm, nor I have

received compensation for the services rendered in this case to date, from any source.

**Counsel's Background and Experience**

6.  I completed my undergraduate studies at Nova Southeastern University ("NSU") where I obtained a Bachelor of Science (2012) in Legal Studies, with honors. After my graduation from NSU, I attended law school at NSU Shepard Broad College of Law, where I graduated tenth in my class and earned a Juris Doctor degree (2017). While in law school, I interned for the Seventeenth Judicial Circuit Court Staff Attorney's Office and received numerous scholastic honors including graduating *Summa Cum Laude*, and earning the Cali Excellence for the Future Award in Evidence, Business Entities, and Regulation of Financial Institutions. I served on the Editorial Board for Nova Law Review, and as an Advocate in the Moot Court Society.

7.  I was admitted to the bar of the State of Florida in 2017. Additionally, I am admitted to practice law in the Middle and Southern Districts of Florida, and the Western District of Tennessee. I am a member in good standing of each of these bars and/or Districts.

8.  I have been practicing law since September 2017, have successfully handled numerous FLSA cases, including first and second-chairing numerous FLSA collective action cases (in multiple states and venues).

9.  Prior to becoming an attorney at M&M, I worked as a Law Clerk at the firm since February 2016. As a Law Clerk, I assisted the attorneys in litigating FLSA Collective Actions and various other employment matters.

10. I have served or am serving as counsel in Wage and Hour Class/Collective Actions in the Middle and Southern Districts of Florida, and the Western District of Tennessee. *See, e.g., Kutzback v. Capstone Logistics, LLC et al.,* 2:13-cv-02767-JTF-cgc (W.D. Tenn. 2015)

(FLSA collective action of over 3,000 Opt-In Plaintiffs); *Martins v. Flowers Foods et al*, 8:16-cv-03145-MSS-JSS (M.D. Fla. 2016) (FLSA collective action of over 250 Opt-In Plaintiffs); *Diggs v. Ovation Credit Services et al*, 3:18-cv-367-MMH-MCR (M.D. Fla. 2018); *Dozier v. DBI Services, LLC*, 3:18-cv-972-J-39MCR (M.D. Fla 2018); *Vasquez v. The Scotts Company et al*, 17-cv-60344-Smith (S.D. Fla. 2017).

11. I have also assisted in trying a jury trial in federal court in Georgia, and handled a final arbitration hearing in Los Angeles.

12. Based on my experience and expertise handling wage and hour cases throughout the United States, my reasonable hourly rate has been recognized to be anywhere between $250 to $300 per hour, depending on the local market in which the case is pending.

### Attorney's Fees and Litigation Costs

13. As indicated by the contemporaneous time records attached to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs/Expenses, I expended a total of <u>217.10</u> hours billed at a rate of $275.00 per hour prosecuting this Complaint on behalf of Plaintiff, Joseph Caiazza. *See* Exhibit B to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs/Expenses.

14. In addition, to date, Claimant's counsel has incurred approximately <u>$15,625.10</u> in out-of-pocket costs and expenses in the litigation of this case. Counsel's Bill of Costs is attached to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs/Expenses as Exhibit C.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Executed on January 12, 2020 in Plantation, Florida.

*/s/ Chanelle J. Ventura*
CHANELLE J. VENTURA