# EXHIBIT G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH CAIAZZA,

    Plaintiff,                                              Case No. 2:18-cv-00784-SPC-MRM

v.

CARMINE MARCENO, in his Official
Capacity as Sheriff of Lee County, Florida,

    Defendant.
_____/

## DECLARATION IN RESPECT TO ATTORNEY'S FEES

1.    My name is Benjamin Yormak, and I am over the age of 18 years old.

2.    I am a practicing attorney duly authorized to practice law before all the Courts of the State of Florida and the Middle District of Florida.

3.    I have been engaged in the practice of law in Lee County Florida, and have been practicing in the State of Florida for 11-years and I am certified as an expert in labor and employment law by The Florida Bar.

4.    I am familiar with Plaintiff's counsel, Defendant's counsel and the fees generally allowed to attorneys representing the Plaintiff in suits of this nature in the State of Florida. In reaching my opinion, I have taken into consideration all of the factors set forth in 4-1.5 of the Rules of Professional Conduct.

5.    I have examined the file in connection with the above-captioned proceedings now pending in the District Court styled above, including the time records for the work performed. Plaintiff's counsel expended considerable time and effort over several years in prosecuting this case, including prevailing at trial. The hours worked by Plaintiff's counsel are a reflection of the time and labor required to prosecute and prevail at trial. Plaintiff's counsel took the risk that the

Defendant would prevail at the motion to dismiss stage, the summary judgment stage, or at trial, and the hours spent on this case would have detracted from work on other potential cases.

6. This was clearly hard fought litigation. In my opinion, a reasonable fee to be allowed Plaintiff for the services of his attorneys in relation to obtaining the jury verdict and judgment in this case is $151,260.00. This is based upon reasonable hourly rates of $450.00 for Andrew Frisch and Angeli Murthy who expended 123.85 and 60.9 hours, respectively in performing the work, and $275.00 for Chanelle Ventura who expended 217.10 hours in performing the work.

7. The hourly rates requested by Plaintiff's counsel are reasonable and are reflective of the market value for each attorney given their experience. I am familiar with the experience of Plaintiffs' counsel and an hourly rate of $450.00 per hour for Andrew Frisch and Angeli Murthy, and an hourly rate of $275.00 for Chanelle Ventura is eminently reasonable. Angeli Murthy is a Board Certified Expert in labor and employment law with more than a decade of experience and who has an excellent reputation in the local legal community. Andrew Frisch has more than a decade of experience and also has an excellent reputation in the local legal community. Chanelle Ventura has been working closely with Angeli Murthy and Andrew Frisch since she passed the Florida Bar Exam in September 2017.

8. Plaintiff's counsel are extremely qualified and competent counsel who have experience and expertise prosecuting more complex FLSA cases such as this one. Plaintiff's counsel have not only successfully tried cases to jury verdicts and defended those verdicts in the appellate courts but have also obtained millions of dollars in settlements and verdicts in cases like this throughout the United States. Defendant was represented by experienced and talented trial lawyers (whom I have litigated against) and therefore the Plaintiff had no guarantee of success at

trial. It is clear from my review of the file that Defendant's counsel defended against the Plaintiff's claims with fervor and adeptness, raised significant legal roadblocks to recovery, and though the ultimate recovery was less than that claimed by the Plaintiff, obtaining a favorable jury verdict required Plaintiff's counsel to maintain the highest quality of representation. Plaintiff's counsels' willingness to invest whatever time and money was necessary to bring this case through trial was unquestionably a major factor in the Plaintiff's ability to reach a favorable jury verdict. Success under these circumstances represents a genuine milestone.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2021.

                                            Benjamin Yormak
                                            Florida Bar No. 71272