UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH CAIAZZA,

    Plaintiff,

v.

CARMINE MARCENO, in his Official Capacity as Sheriff of Lee County, Florida,

    Defendant.

Case No. 2:18-cv-00784-SPC-MRM

## SATISFACTION OF JUDGMENT

Plaintiff, Joseph Caiazza, hereby files this Satisfaction of Judgment to acknowledge full payment of the judgments entered in this case on January 15, 2021 and April 30, 2021. *See* D.E. 134; D.E. 149.

Dated this 6th day of May, 2021

Respectfully submitted,

*/s/ Andrew R. Frisch*
Andrew R. Frisch
FBN: 027777
Chanelle J. Ventura
FBN: 1002876
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com
Email: Cventura@forthepeople.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ Andrew R. Frisch*
Andrew R. Frisch